STATE OF MONTANA, Plaintiff, vs. JAMES CONLEY SPURLOCK, Defendant.

No. 3902

DECISION

The application of the above-named defendant for a review of the sentence of 50 years for Robbery, 4 counts, imposed on May 18, 1972, was fully heard and after a careful consideration of the entire matter it is decided that:

No decision made at this time. Case will be discussed at the last calendar in 1975.

We wish to thank Wade Dahood, Attorney at Law, for his assistance to the defendant and to this Court.

DATED this 7th day of December, 1973.

SENTENCE REVIEW DIVISION

Paul G. Hatfield, chairman; Jack D. Shanstrom, Jack L. Green.

STATE OF MONTANA, Plaintiff, vs. LARRY FRATES, Defendant.

No. 8178

DECISION

The application of the above-named defendant for a review of the sentence of 20 years for Criminal Sale of Dangerous Drugs, imposed on June 21, 1971, was fully heard and after a careful consideration of the entire matter it is decided that:

The sentence be and remain as originally imposed.

We wish to thank Charles Moses, Attorney at Law, for his assistance to the defendant and to this Court.

DATED this 7th day of December, 1973.

SENTENCE REVIEW DIVISION

Paul G. Hatfield, chairman; Jack D. Shanstrom, Jack L. Green.

STATE OF MONTANA, Plaintiff, vs. JOHN MICHAEL SPIELMAN, Defendant.

No. 2351-A

DECISION

The application of the above-named defendant for a review of the sentence of 20 years for Robbery, imposed on January 30, 1973, was fully heard and after a careful consideration of the entire matter it is decided that:

The sentence be and remain as originally imposed.

We wish to thank James Sewell, Attorney at Law, for his assistance to the defendant and to this Court.

DATED this 7th day of December, 1973.

SENTENCE REVIEW DIVISION

Paul G. Hatfield, chairman; Jack D. Shanstrom, Jack L. Green.